**FILED**

FEB 11 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RICE,<br><br>                      Plaintiff,<br><br>v.<br><br>B. CURRY, et al.,<br><br>                      Defendants. | Case No. C 09-1496 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION<br><br>(Docket No. 10) |

      Counsel for Defendants has requested an extension of time, up to and including April 5, 2010 in which to file a motion for summary judgment or other dispositive motion. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds that good cause exists to grant the request.

      Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file Defendants' motion for summary judgment or other dispositive motion is extended, up to and including April 5, 2010. Plaintiff's opposition to the motion for summary judgment or other dispositive motion must be filed with the

///

///

///

1

1  Court and served on Defendants no later than May 5, 2010. Defendants' reply brief must be filed
2  and served no later than May 19, 2010.
3
4
5  Dated: **FEB 1 1 2010**
6  _____  _____
7                           The Honorable Jeffrey S. White
8

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN RICE,

        Plaintiff,

v.

B. CURRY et al,

        Defendant.

Case Number: CV09-01496 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Rice
E-31206
C.T.F. Central E-W-128-L
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 11, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk